# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In the Matter of the Tracking of: ) | **ORDER** |
| ) | |
| SILVER IN COLOR BMW SEDAN ) | |
| BEARING A BLACK IN COLOR G4 ) | |
| AUTO PLACQUARD KNOWN TO BE ) | Case No. 1:20-mj-231 |
| DRIVEN BY JAMES W. JONES ) | |

In the affidavit filed in support of the above-captioned Tracking Warrant, the affiant requested that this matter remain under seal until September 27, 2020.

Accordingly, the court **ORDERS** that all materials associated with the above-captioned Tracking Warrant shall remain under seal until September 27, 2020, except that copies of the warrant in full or in redacted may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of the Drug Enforcement Administration, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant. This matter shall be matter shall be unsealed on September 27, 2020, without further order of the court.

Dated this 24th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court